UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-9371-JFW**                                                                    Date:  November 2, 2012

Title:      Marico M. La Flora -*v*- Linda Sanders

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                            None

**PROCEEDINGS (IN CHAMBERS):**       ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY [filed 10/31/12; Docket No. 1]

   On October 31, 2012, Petitioner Marico M. La Flora ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving papers and the arguments therein, the Court rules as follows:

   Having reviewed the papers filed in connection with this Petition and being fully apprised of the relevant facts and law, the Court **DENIES** Petitioner's Petition.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr